COMMONWEALTH of Pennsylvania, Appellee,

v.

Paul R. SCHAEFFER, Jr., Appellant.

Supreme Court of Pennsylvania.

Argued Jan. 25, 1994.

Decided Dec. 30, 1994.

Marc F. Lovecchio, Peter T. Campana, Williamsport, for P.R. Schaeffer.

Thomas A. Marino, Kenneth A. Osokow, Williamsport, for Com.

Dennis C. McAndrews, Media, Robert A. Graci, Harrisburg, for amicus curiae, Pa. Dist. Attorney's Ass'n.

Before NIX, C.J., and FLAHERTY, ZAPPALA, PAPADAKOS, CAPPY and CASTILLE, JJ.

### ORDER

PER CURIAM.

The Court being equally divided, the order of the Superior Court is affirmed.

MONTEMURO, J., did not participate in the consideration or decision of this case.*

* Mr. Justice Montemuro is sitting by designation.

FLAHERTY, ZAPPALA and CAPPY, JJ., dissent and would reverse the Order of the Superior Court and remand for a new trial.